1  Paul Lafranchise, State Bar No.122528
   KLEIN, DENATALE, GOLDNER,
2    COOPER, ROSENLIEB & KIMBALL, LLP
   4550 California Avenue, Second Floor
3  Bakersfield, California 93309
   P.O. Box 11172
4  Bakersfield, California 93389-1172
   Telephone: (661) 395-1000
5  Facsimile: (661) 326-0418
   E-Mail:  plafranc@kleinlaw.com
6
7  Attorneys for Defendants

8

9              **UNITED STATES DISTRICT COURT**

10              **EASTERN DISTRICT OF CALIFORNIA**

11                   **(Fresno Division)**

12  RONALD DEAN MOORE,                    Case No.  1:09-cv-01423-OWW-SMS

13             Plaintiff,                 **STIPULATION AND ORDER
                                          REGARDING FIRST EXTENSION OF
14        v.                              TIME TO ANSWER OR OTHERWISE
                                          RESPOND TO COMPLAINT**
15  CATALINA RESTAURANT GROUP, INC.,
    CARROWS CALIFORNIA FAMILY             Local Rule 6-144
16  RESTAURANTS, INC., CARROWS
    RESTAURANTS, INC. dba CARROWS,
17  HINDS INVESTMENTS, L.P., a California  Complaint Filed:  August 13, 2009
    Limited Partnership, and Does 1 - 10,
18
19             Defendants.

20

21        Pursuant to Local Rule 6-144, Plaintiff Ronald Dean Moore, through his attorney, Tanya

22  Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Catalina

23  Restaurant Group, Inc., Carrows California Family Restaurants, Inc., Carrows Restaurants, Inc.,

24  dba Carrows, Hinds Investments, L.P., through their attorneys, Klein, DeNatale, Goldner,

25  Cooper, Rosenlieb & Kimball, LLP, Bakersfield, California, hereby stipulate for the first time to

26  extend the time for Defendants to answer or otherwise respond to the Plaintiff's Complaint to up

27  to 30 days from September 8, 2009, that is, until October 8, 2009.  In the interim, Plaintiff shall

28  not take or seek Defendants' default.

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

1    There is good cause to extend the time for Defendants to respond to or answer Plaintiff's

2    complaint because defense counsel was just retained two business days before Defendants'

3    answer or response was due of September 8, 2009.

4    Date: September 4, 2009                    MOORE LAW FIRM, P.C.

5

6                                              By:____/s/ Tanya Moore (as authorized on 9/4/09)____

7                                                  Tanya Moore
                                                   Attorneys for Plaintiff

8

9    Date: September 4, 2009                    KLEIN, DeNATALE, GOLDNER,
                                                 COOPER, ROSENLIEB & KIMBALL, LLP
10

11                                             By:____/s/ Paul Lafranchise_____

12                                                 Paul Lafranchise
                                                   Attorneys for Defendants
13

14                                     **ORDER**

15        THE PARTIES HAVING SO STIPULATED, AND GOOD CAUSE APPEARING

16   THEREFORE, IT IS HEREBY ORDERED THAT Defendants Catalina Restaurant Group, Inc.,

17   Carrows California Family Restaurants, Inc., Carrows Restaurants, Inc., dba Carrows, Hinds

18   Investments, L.P. shall have up to and including October 8, 2009 to answer, move, or otherwise

19
20   respond to the Complaint on file in this matter.

21   **Dated: September 10, 2009**                    **/s/ Sandra M. Snyder**
                                                       **UNITED STATES MAGISTRATE JUDGE**
22

23

24

25

26

27

28

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309