Paul Lafranchise, State Bar No.122528
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail:  plafranc@kleinlaw.com

Attorneys for Defendants Catalina Restaurant Group, Inc., Carrows California Family Restaurants, Inc., and Carrows Restaurants, Inc., dba Carrows

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**(Fresno Division)**

| | |
|---|---|
| RONALD DEAN MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CATALINA RESTAURANT GROUP, INC., CARROWS CALIFORNIA FAMILY RESTAURANTS, INC., CARROWS RESTAURANTS, INC. dba CARROWS, HINDS INVESTMENTS, L.P., a California Limited Partnership, and Does 1 - 10,<br><br>    Defendants. | Case No.  1:09-CV-01423-SMS<br><br>**STIPULATION FOR DISMISSAL;**<br><br>**ORDER**<br><br>Assigned to Magistrate Judge Sandra Snyder<br>Complaint Filed:  August 13, 2009 |

Plaintiff Ronald Dean Moore, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Catalina Restaurant Group, Inc., Carrows California Family Restaurants, Inc., Carrows Restaurants, Inc., dba Carrows, through their attorneys, Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, Bakersfield, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

///

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Date: October 29, 2009 | MOORE LAW FIRM, P.C. |
| | By:  /s/ Tanya Moore (as authorized on 10/29/09) |
| | Tanya Moore |
| | Attorneys for Plaintiff |
| Date: October 29, 2009 | KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP |
| | By:  /s/ Paul Lafranchise |
| | Paul Lafranchise |
| | Attorneys for Defendants |

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated:   November 4, 2009**          /s/ Sandra M. Snyder
                                        **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com